# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2530

_____

| | | |
|---|---|---|
| Ivonnia Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| State of Missouri; Missouri Division of | * | District Court for the |
| Family Services; Missouri Family | * | Eastern District of Missouri. |
| Court/Juvenile Division; Missouri | * | |
| Department of Education, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted:  September 30, 1999

Filed:  October 20, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ivonnia Davis appeals from the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of her 42 U.S.C. §§ 1983 and 1985(3) complaint.  Having carefully reviewed the record and Ms. Davis's brief, we conclude the district court correctly dismissed the

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

complaint because the State of Missouri and its agencies are not "persons" under sections 1983 and 1985(3). Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.